# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

AMY COBURN,

    Plaintiff,

v.

PN II, INC., *et al*.,

    Defendants.

Case No. 2:07-CV-00662-KJD-LRL

**ORDER**

    Presently before the Court is Defendants' Motion for Attorneys' Fees and Costs (#71). On April 21, 2010, Mandate (#94) of the United States Court of Appeals for the Ninth Circuit issued reversing the Court's entry of judgment in favor of Defendants.

    Accordingly, IT IS HEREBY ORDERED that Defendants' Motion for Attorneys' Fees and Costs (#71) is **DENIED as moot**.

    DATED this 9th day of August 2010.

_____
Kent J. Dawson
United States District Judge